BRAITERMAN-FEDDER COMPANY v. MAURO V. CARDILLI.
[No. 9, January Term, 1929.]

*Decided March 19th, 1929.*

700

The cause was argued before Bond, C. J., Urner, Offutt, Digges, Parke, and Sloan, JJ.

*Morris Fedder* and *W. Conwell Smith,* for the appellant.

*L. B. Keene Claggett,* with whom were *Bartlett, Poe & Claggett* on the brief, for the appellee.

Sloan, J., delivered the opinion of the Court, reversing the order.